

# IN THE
# TENTH COURT OF APPEALS

No. 10-21-00318-CR

# IN RE PERRY DIXON

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2021-1091-1**

**Original Proceeding**

# MEMORANDUM OPINION

Relator's petition for writ of mandamus is denied.

STEVE SMITH
Justice

Before Chief Justice Gray,
    Justice Smith,
    and Justice Rose[1]
Petition denied
Opinion delivered and filed December 15, 2021
Do not publish
[OT06]



---

[1] The Honorable Jeff Rose, Former Chief Justice of the Third Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.